# UNITED STATES DISTRICT COURT FOR THIS DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| TORONTO KING,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC<br><br>Defendant(s). | Civil Action No.<br><br>Jury Trail Demanded |

## I. INTRODUCTION

1. This is a civil action by plaintiff for actual, statutory, and punitive damages arising from Defendants' Equifax Information Services LLC for violations of this Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (hereinafter "FCRA").

## II. JURISDICTION AND VENUE

2. This court has subject-matter jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.

3. Venue is proper in this District under 28 U.S.C. § 1391(b) because all defendant parties transact business in Hemingway, SC and this conduct complained of occurred here in this state of South Carolina.

9. On July 15th, 2025 Plaintiff pulled his credit reports from annual credit report dot com and saw incomplete and inaccurate information contained within his consumer report with Equifax.

10. Plaintiff obtained a copy of his consumer report and discovered incomplete and inaccurate information furnished by Defendant Equifax as follows:
DEPT OF ED/AIDVANTAGE *0200, DEPT OF ED/AIDVANTAGE *0210,DEPT OF ED/AIDVANTAGE *0200,DEPT OF ED/AIDVANTAGE *0200, DEPT OF ED/AIDVANTAGE *0210

11. On or around July 18, 2025 Plaintiff a dispute to Equifax certified mail addressing this inaccurate information on this file.

12. The dispute was a factual dispute addressing incorrect late payments on Plaintiff's report with Equifax including but not limited to incorrect payment history, missing data fields, incorrect balances.

13. The dispute referenced above(12) is contained herein and is hereafter referred to as Exhibit A.

14. Upon information and belief the defendant received the dispute on or around July 25th, 2025.

15. On September 5, 2025 Plaintiff upon information and belief did not receive results of his disputes.

16. Plaintiff checked mail several times and also checked Equifax online portal via https://www.equifax.com/ and did not make notice of a dispute in Defendant's portal.

25. The plaintiff sent a detailed dispute letter along with his Equifax report obtained from the annual credit report.

26. If Defendant would have done a reasonable investigation they would see that the plaintiffs dispute is true and genuine in nature.

27. Defendant relied solely on internal records and failed to consider this detailed dispute and evidence provided by Plaintiff.

28. As a result of Defendant's failure to properly investigate, this inaccurate tradeline on Plaintiff's profile continues to cause harm and emotional distress.

29. Plaintiff has already experienced harm to credit, finances and livelihood including but not limited to denials of credit and closure of a tradeline Regarding your ROOMS TO GO/SYNCHRONY BANK account ending in 0680

30. The adverse letter is contained herein as Exhibit C

31. Plaintiff has been forced to deal with this aggravation, humiliation, and embarrassment of a lower credit score, denial of credit, stress, anxiety, headaches, and sleeplessness, as a result of Defendant's conduct.

32. As a result of these claims stated herein, Toronto has experienced denials of credit. This personal and credit reputation of Plaintiff has been severely damaged, causing his FICO

40. Defendant Equifax violated 15 U.S.C. § 1681e(b) because they failed to follow reasonable procedures to assure maximum possible accuracy when preparing a consumer report purportedly as respect to Plaintiff.

41. Defendant Equifax has caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit rating, and other damages to Plaintiff.

42. At all times relevant herein, Defendant Equifax acted negligently and/or willfully in violation of the Fair Credit Reporting Act

43. The Defendant's negligent and/or willful conduct, Plaintiff is entitled to recover actual damages, punitive damages, court costs, and any other relief allowed by law under 15 U.S.C. §1681n, as well as actual damages and costs under 15 U.S.C. §1681o.

## VII. SECOND CLAIM FOR RELIEF

### 15 U.S.C. §1681g

44. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

45. Defendant Equifax has failed to comply with the requirements in 15 U.S.C. §1681g to provide a full file disclosure to Plaintiff.

46. Defendant Equifax has caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit rating, and other damages to Plaintiff.

47. At all times relevant herein, Defendant Equifax acted negligently and/or willfully in violation of the Fair Credit Reporting Act

48. The Defendant's negligent and/or willful conduct, Plaintiff is entitled to recover actual damages, punitive damages, court costs, and any other relief allowed by law under 15 U.S.C. §1681n, as well as actual damages and costs under 15 U.S.C. §1681o.

58. Defendant Equifax has caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit rating, and other damages to Plaintiff.

59. At all times relevant herein, Defendant Equifax acted negligently and/or willfully in violation of the Fair Credit Reporting Act

60. The Defendant's negligent and/or willful conduct, Plaintiff is entitled to recover actual damages, punitive damages, court costs, and any other relief allowed by law under 15 U.S.C. §1681n, as well as actual damages and costs under 15 U.S.C. §1681o.

### IX. FIFTH CLAIM FOR RELIEF

### 15 U.S.C. §1681i(a)(6)(B)(iii)

61. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

62. Defendant Equifax has violated 15 U.S.C. § 1681i(a)(6)(B)(iii) in that they failed to have a procedure to prevent giving false information upon re-investigation.

63. Defendant Equifax has caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit rating, and other damages to Plaintiff.

64. At all times relevant herein, Defendant Equifax acted negligently and/or willfully in violation of the Fair Credit Reporting Act

65. The Defendant's negligent and/or willful conduct, Plaintiff is entitled to recover actual damages, punitive damages, court costs, and any other relief allowed by law under 15 U.S.C. §1681n, as well as actual damages and costs under 15 U.S.C. §1681o.

### X.   SIXTH CLAIM FOR RELIEF

### 15 U.S.C. §1681i(7)

74. At all times relevant herein, Defendant Equifax acted negligently and/or willfully in violation of the Fair Credit Reporting Act

75. The Defendant's negligent and/or willful conduct, Plaintiff is entitled to recover actual damages, punitive damages, court costs, and any other relief allowed by law under 15 U.S.C. §1681n, as well as actual damages and costs under 15 U.S.C. §1681o.

## XII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court:

A. Award actual damages in this amount of $20,000;

B. Award statutory damages of $7,000 for each violation of this FCRA; and each subsection.

C. Award punitive damages for willful violations of this FCRA;

D. Award Plaintiff the costs of this action, including court costs.

E. Grant such this and further relief as this Court may deem just and proper.

Plaintiff demands a trial by jury on all issues so triable.

Dated: September 15, 2025

Respectfully submitted,
/s/ Toronto King
Toronto King
7612 Carvers Bay Rd Hemingway SC 29554
Toronto.king@yahoo.com
8433257399                    09.19.2025